**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                             **Chapter 13**
                                                                                                    **Case No.: 17-18916-RAM**
**RUTH GATTO,**

    Debtors.
_____/

**WAIVER OF REQUIREMENT FOR HEARING**
**UNDER 11 U.S.C. § 362(e)**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND I TRUST** ("BSI Financial Services" or "Secured Creditor"), hereby waives the requirement of 11 U.S.C. § 362(e) of the U.S. Bankruptcy Court and the Rules of Bankruptcy Procedure that a Hearing be held within thirty (30) days on the Motion for Relief from Automatic Stay NUN PRO TUNC (D.E.19)

**Dated this 6TH day of October, 2017.**
**Miami, FL**

                                                Respectfully submitted:
                                                **BERGER FIRM P.A.**
                                                *Attorneys for Secured Creditor*
                                                3050 Biscayne Blvd. - Suite 402
                                                Miami, Florida 33137
                                                Telephone: (305) 501.2808
                                                Facsimile: (954) 780.5578

                                       By:    /s/ Chase A. Berger
                                                Chase A. Berger, Esq.
                                                Florida Bar No. 083794
                                                chase@bergerfirm.com

BKCY Case No.: 17-18916-RAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

- 3 -

## SERVICE LIST

| | |
|---|---|
| *Debtor* | represented by **Christian S Diaz** |
| **Ruth Gatto** | 9370 SW 72 St. # A110 |
| 10892 SW 153 Avenue | Miami, FL 33173 |
| Miami, FL 33196 | 305-598-1800 |
| MIAMI-DADE-FL | |
| SSN / ITIN: xxx-xx-8059 | |

*Trustee*
**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285