## UNITED STATES BANKRUPTCY COURT
## FOR SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:
   RUTH GATTO                               CASE NO.: 17-18916-RAM
                                                            CHAPTER 13

       **Debtor.**
_____/

### MOTION FOR CLARIFICATION REGARDING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [DE #35]

COMES NOW, **Wells Fargo Bank, N.A.** ("Creditor"), by and through its undersigned counsel and files this *Motion for Clarification Regarding Motion for Referral to Mortgage Modification Mediation* [DE #35] ( the "MMM Motion") and states as follows:

1. Creditor holds a lien on the following property: 10892 SW 153rd Avenue, Miami, FL 33196-3587 (Loan No. 0287) (the "Subject Property")

2. On July 15, 2017; the Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

3. The Debtor filed the MMM Motion on November 3, 2017 requesting participation in the Court's mediation program with the Creditor.

4. The Debtor has failed to file an Order granting the MMM Motion.

5. A total of one hundred eighteen (**118**) days have lapsed since the Debtor filed the MMM Motion.

*(Space intentionally left blank)*

6. As a result the Creditor requests that the Court deny the MMM Motion.

**WHEREFORE**, Creditor, **Wells Fargo Bank, N.A.** respectfully requests that this Court enter an Order providing direction on how the subject loan should be treated moving *forward* and further relief as this Court deems just and proper.

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

By: /s/*Scott Lewis, Esq.*
Scott Lewis, Esq.
Florida Bar No.: 112064

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 1st day of March, 2018.

Ruth Gatto
10892 SW 153 Avenue
Miami, FL 33196

Christian S Diaz
9370 SW 72 St. # A110
Miami, FL 33173

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

                                         Scott Lewis, Esq.
                                         Albertelli Law
                                         Attorney for Secured Creditor
                                         PO Box 23028
                                         Tampa, FL 33623
                                         Telephone: (813) 221-4743 ext. 2603
                                         Facsimile:  (813) 221-9171
                                         bkfl@albertellilaw.com

                                         By: /s/ *Scott Lewis, Esq.*
                                         Scott Lewis, Esq.
                                         Florida Bar No.: 112064