ORDERED in the Southern District of Florida on March 23, 2018

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No.: 17-18916-RAM
                                                                          Chapter 13
**RUTH GATTO,**

    Debtor.
_____/

**ORDER GRANTING BSI FINANCIAL SERVICES, AS SERVICING AGENT
FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE
TRUSTEE FOR COMMUNITY DEVELOPMENT FUND I TRUST'S MOTION
FOR RELIEF FROM CO-DEBTOR STAY AS TO DOMINGO GATTO
TO ENFORCE CONSENT FINAL JUDGMENT IN FORECLOSURE**

**THIS MATTER** came before the Court on February 13, 2018 upon BSI Financial Services, as Servicing Agent for HMC Assets, LLC Solely in its Capacity as Separate Trustee for Community Development Fund I Trust's Motion for Relief From Co-Debtor Stay as to Domingo Gatto to Enforce Consent Final Judgment in Foreclosure [D.E. 52] (the "Motion"). The Court, being otherwise duly advised in the premises, it is, hereby,

**ORDERED,** as follows:

1. The Motion is **GRANTED**, as set forth herein.

1. The co-debtor stay as to Domingo Gatto provided by 11 U.S.C. § 1301 is terminated as to Secured Creditor, BSI Financial Services, as Servicing Agent for HMC Assets, LLC Solely in its Capacity as Separate Trustee for Community Development Fund I Trust ("Secured Creditor"), its Successors and/or Assigns. Accordingly, the co-debtor stay is modified to permit the Secured Creditor to commence and/or proceed to prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

2. Automatic Stay is lifted to allow Secured Creditor to enforce its Consent Final Judgment in Foreclosure and allow the state court to enter all necessary orders, judgments, and decrees associated therewith, on real property legally described as:

**LOT 21, VALLEYS OF KENDALL, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 121, PAGE 20, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**A/K/A: 11607 S.W. 90th TERRACE, MIAMI, FL 33176**

3. This relief is *in rem* only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, BSI Financial Services, as Servicing Agent for HMC Assets, LLC Solely in its Capacity as Separate Trustee for Community Development Fund I Trust shall not seek any *in personam* relief against the co-debtor without further order of the Court.

4. The Court waives the time requirements under Rule 4001(a)(3) and deems the relief from stay effective immediately.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

Chase A. Berger, Esq.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
[Mr. Berger shall serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service within three (3) days from the entry of this Order.]