

**ORDERED in the Southern District of Florida on March 26, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:  CASE NO.:  17-18916-RAM

RUTH GATTO  CHAPTER: 13

Debtors.
_____/

### ORDER GRANTING CREDITOR'S MOTION FOR CLARIFICATION REGARDING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [DE #60]

THIS CAUSE having come before the Court on the Creditor's *Motion for Clarification Regarding Motion for Referral to Mortgage Modification Mediation* **[DE 60]** on March 20, 2018 at 9:00 AM.  By submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry; it is:

**ORDERED:**

1. The Motion is hereby **GRANTED.**

ALAW M# 17-027487

2. Debtor's Motion for Referral to Mortgage Modification Mediation is DENIED without prejudice.

###

**Submitted by:**

Scott Lewis, Esq.
Albertelli Law
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

*Attorney Scott Lewis is directed to serve a copy of this order on interested parties who are non/CM/ECF users and file a proof of service within 2 days of entry of the order.*