

**ORDERED in the Southern District of Florida on June 6, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                          Case No: 17-18916-BKC-RAM
                                                                Chapter 13
RUTH GATTO

                Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN THE PREJUDICE PERIOD
TO FILE A NEW CHAPTER 13 PETITION**

THIS CAUSE having come before the Court on June 5, 2018 at 10:00 a.m. upon the Debtor's Emergency Motion to (1) Re-Open Chapter 13 Case [D.E.#80] and (2) Shorten the Prejudice Period to File a New Chapter 13 Petition [D.E. #79] (the "Motion"), the Court having reviewed the file and having heard the relief sought on the Motion, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The prejudice period in the Order of Dismissal is shortened and the Debtor shall be permitted to immediately file a new Chapter 13 Case.

3. The automatic stay is not imposed against secured creditor, BSI Financial Services, for real property located 11607 SW 90 Terrace, Miami, Florida 33196 and BSI Financial Services may proceed with the scheduled foreclosure sale set for June 12, 2018 at 9:00 a.m.

4. All payments made in the subsequent Chapter 13 Bankruptcy shall vest to creditors and shall not be returned to the Debtor upon Dismissal, conversion or otherwise.

###

**Submitted by:**
Christian Diaz, Esquire
Florida Bar No: 518131
**Law Office of Diaz and Associates**
Attorney for Debtor
9730 SW 72 Street, Suite A110
Miami, Florida 33173

Christian Diaz, Esquire is hereby directed to serve a conformed copy of this Order to all parties of interest.